JOSEPH SCHLESINGER, CA Bar No. 87692
Acting Federal Defender
COURTNEY FEIN, Bar #244785
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
(916) 498-5700

Attorney for Defendant
AMADO JUAREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. CR.S-12-402-GEB |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND [PROPOSED] ORDER; CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| AMADO JUAREZ, | ) | |
| Defendant. | ) | Date:  March 29, 2013<br>Time:  9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELLE RODRIGUEZ, Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN, attorney for AMADO JUAREZ that the status conference hearing date of January 4, 2013, be rescheduled for a status conference hearing on March 29, 2013, at 9:00 a.m..

The reason for this continuance is to allow defense counsel additional time to review the discovery, consult with her client, examine possible defenses, and investigate the facts of the case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including March 29, 2013, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and

1 | Local Code T4 based upon continuity of counsel and defense preparation.

DATED: January 2, 2013                 Respectfully submitted,

                                                DANIEL J. BRODERICK
                                                Federal Public Defender

                                                /s/ Courtney Fein
                                                COURTNEY FEIN
                                                Assistant Federal Defender
                                                Designated Counsel for Service
                                                Attorney for AMADO JUAREZ

DATED: January 3, 2013.                 BENJAMIN WAGNER
                                                United States Attorney

                                                /s/ Courtney Fein for
                                                MICHELLE RODRIGUEZ
                                                Assistant U.S. Attorney
                                                Attorney for Plaintiff

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the January 4, 2013, status conference hearing be continued to March 29, 2013, at 9:00 a.m.. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the March 29, 2013 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: January 3, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge